UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. /7-/73M-0/ |
| | ) | |
| v. | ) | |
| | ) | Judge Robin M. Meriweather |
| CANDACE MARIE CLAIBORNE, | ) | |
| | ) | |
| DEFENDANT | ) | |

**FILED**
MAR 29 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

### Government's Notice of Intent to Use Foreign Intelligence Surveillance Act Information

The United States, through its attorney, Channing D. Phillips, United States Attorney for the District of Columbia, hereby provides notice to defendant Candace Marie Claiborne and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,
CHANNING D. PHILLIPS
United States Attorney

By: _____
John L. Hill
Thomas A. Gillice
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-7227
John.Hill3@usdoj.gov

DATE: March 27, 2017