# Exhibit A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 22, 2018

<u>VIA Courier</u>

David Walker Bos
Federal Public Defender for the District of Columbia
625 Indiana Avenue NW, Suite 550
Washington, DC 20004
Phone:  202-208-7500
Email:  david_bos@fd.org

  Re: Discovery for *United States v. Candace Marie Claiborne*, Case No. 17-cr-69

Dear Counsel:

  Enclosed please find one hard drive and one disc of discovery, which the government is providing you in compliance with its discovery obligations under Rule 16(a), Fed. R. Crim. P.

- One hard drive containing pole camera videos from 2108 2nd Street NW, Washington DC from May 24, 2016, through September 1, 2017

- One disc containing the following:

   o Videos of your client taken by U.S. Customs and Border Protection at Dulles International Airport on July 21, 2015

   o Bookmarked files and corresponding reports from a review of ███████ █████████ MacBook Pro

  If you have any questions, please do not hesitate to contact me at 202-252-1791.

        Sincerely,

By:  _____
        Thomas A. Gillice
        Assistant United States Attorney
        202-252-1791
        thomas.gillice@usdoj.gov

Enclosures