UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 17-CR-00069 |
| | : | |
| **CANDACE MARIE CLAIBORNE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SEALED FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice that it filed with the Court on July 23, 2018, through the Classified Information Security Officer, an *Ex-Parte, In Camera* pleading titled "Government's First Classified *Ex Parte, In Camera* Memorandum of Law and Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Fed. R. Crim. P." This document was submitted to the Court under seal and is not available for public viewing.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____/s/_____
Thomas A. Gillice
Assistant United States Attorney
D.C. Bar No. 452336
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov