# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :  CRIMINAL NO. 17-CR-00069 |
| | : |
| **CANDACE MARIE CLAIBORNE,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of filing of the government's cover letter for its September 19, 2018, CLASSIFIED discovery in the above-captioned case. A copy of the cover letter is attached as Exhibit A.

                                              Respectfully submitted,

                                              JESSIE K. LIU
                                              United States Attorney
                                              D.C. Bar No. 472845

By:                /s/
       Thomas A. Gillice
       Assistant United States Attorney
       D.C. Bar No. 452336
       National Security Section
       United States Attorney's Office
       555 4th Street NW, 11th Floor
       Washington, D.C. 20530
       (202) 252-1791
       thomas.gillice@usdoj.gov