UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Crim No. 17-69 (RDM) |
| | ) | |
| **CANDACE CLAIBORNE** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Defendant, Candace Claiborn, through undersigned counsel, respectfully moves this Court to continue the presently scheduled December 6, 2018, status hearing. As grounds for this motion, counsel states:

1. The Defendant's next status hearing is presently scheduled for December 6, 2018.

2. As the Court will recall, the instant case involves voluminous Discovery material that has been classified and/or subject to a protective order. The Defendant is still in the process of reviewing discovery materials provided by the Government. The Defendant therefore requests that the December 6, 2018, status hearing be vacated, and that a new status hearing date be set for late January, 2019.

3. The Government, per Assistant United States Attorney Tom Gillice, consents to this motion.

4. Counsel has explained to Ms. Claiborne her rights pursuant to the Speedy Trial Act, 18 U.S.C. 3161, and she is willing to waive her "Speedy Trial" rights through counsel. For the reasons outlined above therefore, the Defendant further requests the Court find that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial by the exclusion of an additional 45 days in the computation of time within which a trial commences in this case.

5. In the event the Court grants this request, the parties will contact the Court's courtroom deputy to schedule a new date convenient to the Court and within the time period sought by this continuance .

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118