# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No.: 17-CR-69 (RDM) |
| : | |
| **CANDACE CLAIBORNE,** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO RESCHEDULE CHANGE OF PLEA HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, with the consent of the defendant, respectfully moves this moves the Court to reschedule the Change of Plea Hearing currently scheduled for April 24 at 2:15 pm until April 24 at 11:15 am. Certain government counsel were not available at the 2:15 time originally set by the Court, leading to the instant request. All government counsel, and defense counsel, are available at the requested time of 11:15 am on April 24. No Speedy Trial Act issues are implicated in this request.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar # 472845

By: _____-s-_____
THOMAS A. GILLICE
D.C. Bar # 452336
Assistant United States Attorney
National Security Section

1

United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1791
thomas.gillice@usdoj.gov

    and

_____*-s*_____
JULIE A. EDELSTEIN
D.C. Bar # 976558
Deputy Chief
EVAN TURGEON
Trial Attorney
Counterintelligence
 and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(Edelstein) 202-233-2260
(Turgeon) 202-353-0176
julie.edelstein@usdoj.gov
evan.turgeon@usdoj.gov