# UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**  |
                v.                                  |  Criminal No. 17-CR-69 (RDM)
**CANDACE MARIE CLAIBORNE**  |
_____ |

## RENEWED EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Candace Claiborne renews her motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). She now has been infected with COVID-19.

### I.     Procedural Background

Ms. Claiborne has served over 58% of the custodial portion of her sentence of 40 months of imprisonment followed by 36 months of supervised release. In the normal course of incarceration, she will be eligible for halfway house placement on October 12, 2021. She is in the Secure Female Facility, Hazelton, in Bruceton, West Virginia. She filed an Emergency Motion for Compassionate Release over the summer, and that filing is incorporated by reference. In July, this Court issued a minute order denying her motion for compassionate release noting that if circumstances changed, she could renew her motion.

1

## II. Argument

Circumstances have unfortunately changed. COVID has come to Hazelton, and Ms. Claiborne has been infected, as new, more infectious variants of this disease are circulating in the United States.

### A. Ms. Claiborne now has COVID-19.

COVID burned through SFF Hazelton this December. Ms. Claiborne's cellmate caught it. Then, on December 12, Ms. Claiborne herself began to feel ill—she had chills, body aches, and a cough. On December 15, an RNA test confirmed she had COVID. [Ex. 1.]

The DOJ Office of the Inspector General is tracking COVID infections in the BOP. It does not disaggregate the infections at the Hazelton Secure Female Facility from the male Federal Correctional Institute. But the numbers remain stark. As of February 12, 155 prisoners and 76 staff members have had COVID. One prisoner has died. *See* Active COVID-19 Cases Over Time https://experience.arcgis.com/experience/ab22fb4c564e4f4b986e257c685190e8/page/page_2/ (visited Feb. 12, 2021).





*Id.*

### B. COVID has unpredictable, long-lasting effects.

Ms. Claiborne seems to have had a mild course of infection so far. But she is not out of the woods. Recovery from this virus is not linear. And as we all have unfortunately learned, this virus has strange and long-lasting effects.

### 1. Ms. Claiborne is not out of the woods simply because she has survived this far.

First, recovery from COVID is not a clear line. Just within the Bureau of Prisons, there have been several cases of people who were thought to have recovered from a COVID infection, but later died from it:

- Adrian Solarzano was a 54-year-old man held at FCI Terminal Island. Five days after he officially recovered, he had to be taken to the outside hospital. Nine days after that, he died. Bureau of Prisons, Inmate Death at FCI Terminal Island, May 27, 2020, https://www.bop.gov/resources/news/pdfs/20200527_press_release_trm.pdf.

- Gerald Porter was a 73-year-old man, held at FMC Lexington. Twelve days after he was "recovered," he had a stroke. One week later, he was dead. https://www.bop.gov/resources/news/pdfs/20200731_press_release_lex.pdf.

- Marie Neba was a 56-year-old woman held at FMC Carswell. Six days after she was considered recovered, she went back to her prison's medical unit; two days later, to an outside hospital. Thirteen days after that, she died, cuffed to a hospital bed and on a ventilator.

    https://www.bop.gov/resources/news/pdfs/20200826_press_release_crw.pdf; *see*

4

*also* Kaley Johnson and Mark Dent, *Women fight for release from Fort Worth prison. Some with COVID-19 died while waiting*, Fort Worth Star-Telegram, Aug. 31, 2020, https://www.star-telegram.com/news/coronavirus/article245310780.html.

Ms. Claiborne may be considered recovered from her infection. But with our uncertain knowledge, it is a hollow assurance.

### 2. COVID infections have many sequalae.

Second, death is not the only possible bad outcome of an infection. Many people are finding that COVID infection leaves long-term damage in its wake. This virus is causing heart damage with long-term risk of heart failure. CDC, *Long-Term Effects of COVID-19*, Nov. 13, 2020, https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects.html; Mayo Clinic, *COVID-19 (coronavirus): Long-term effects*, Nov. 17, 2020, https://www.mayoclinic.org/diseases-conditions/coronavirus/in-depth/coronavirus-long-term-effects/art-20490351. It causes lung problems. *Id.* It causes blood clots and strokes. *Id.* It even increases risks of Guillain-Barre syndrome, Parkinson's disease, and Alzheimer's. *Id.* Some survivors of COVID infection who never before had mental health issues develop psychosis. Pam Belluck, *Small Number of Covid Patients Develop Severe Psychotic Symptoms*, New York Times, Dec. 28, 2020. https://www.nytimes.com/2020/12/28/health/covid-psychosis-mental.html. These psychiatric effects are being recorded all over the globe. *See* Aravinthan Varatharaj, et al., *Neurological and neuropsychiatric complications of COVID-19 in 153 patients: a UK-wide surveillance study*, Lancet Psychiatry, Oct. 7, 2020, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7316461/ and A. Parra, et al., *Psychotic symptoms in COVID-19 patients. A retrospective descriptive study*. Psychiatry

5

Research, vol 291, Sept. 2020,

https://www.sciencedirect.com/science/article/abs/pii/S0165178120315092?via%3Dihub.

These effects are not attributable to pre-existing conditions. Even the healthiest among us have long lasting issues. A study of competitive college athletes found that COVID infection left 15% with myocarditis (inflammation of the heart wall) and another 30% with cellular damage and swelling. Saurabh Rajpal, et al., *Research Letter: Cardiovascular Magnetic Resonance Findings in Competitive Athletes Recovering From COVID-19 Infection*, JAMA Cardiology, Sept 11, 2020, https://jamanetwork.com/journals/jamacardiology/fullarticle/2770645.

In short, the CDC guidelines may count Ms. Claiborne among the recovered, but her struggles from her COVID infection may only be beginning. Facing any of these issues, Ms. Claiborne is better off here in the District of Columbia than she is in Bruceton Mills, West Virginia. Washington, DC has several top-rated hospitals. Howard University Hospital is just blocks from Ms. Claiborne's home and Washington Hospital Center is not much further.

### C. Ms. Claiborne can be reinfected, with the same or a new strain of COVID-19.

Third, infection with COVID appears to provide only temporary immunity. Reinfection is possible. *See* CDC, *Investigative Criteria for Suspected Cases of SARS-CoV-2 Reinfection (ICR)*, Oct. 27, 2020, https://www.cdc.gov/coronavirus/2019-ncov/php/invest-criteria.html. Health outcomes seem to be worse in the second infection. Akiko Iwasaki, *Comment: What reinfections mean for COVID-19*, The Lancet Infectious Diseases, Oct. 12, 2020, https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(20)30783-0/fulltext. Scientists are only beginning to understand what the new variants mean for reinfection

possibilities. *See* Kai Kupferschmidt, *New coronavirus vairants could cause more reinfections, require updated vaccines*, Science (Jan. 15, 2021) [https://www.sciencemag.org/news/2021/01/new-coronavirus-variants-could-cause-more-reinfections-require-updated-vaccines](https://www.sciencemag.org/news/2021/01/new-coronavirus-variants-could-cause-more-reinfections-require-updated-vaccines).

Prisons are no exception. Some are already seeing waves of second infections. Michigan has found at least 115 people have tested positive for a second infection. Angie Jackson, *State reviewing possible COVID-19 reinfections after 115 prisoners test positive twice*, Detroit Free Press, December 12, 2020, [https://amp.freep.com/amp/3876185001](https://amp.freep.com/amp/3876185001).

There are many vectors for new infections to enter SFF Hazelton. In addition to staff coming in and out of the prison every day, new prisoners arrive from all over. Ms. Claiborne continues to live in fear of this disease.

In short, if the BOP could not protect Ms. Claiborne once, it cannot protect her again.

### D. Ms. Claiborne has community support.

In addition to her loving family and her mosque community, Ms. Claiborne has the support of her neighbors. Mr. Wade Henderson is one of those supportive neighbors and has submitted a letter for this Court's consideration. [Ex. 2]

### III. Ms. Claiborne has exhausted the required administrative remedies.

Because of her infection, Ms. Claiborne submitted a new request to her warden to consider her for home confinement or a reduction in sentence. She submitted the request to the Warden on January 15, 2021. Thirty days have now elapsed.

7

## IV. Conclusion

This Court should find that extraordinary and compelling reasons warrant a reduction in sentence for Ms. Claiborne and send her home to safety.

Date:   February 15, 2021                                Respectfully submitted,

*/s/ Deborah M. Golden*
Deborah M. Golden, D.C. Bar No. 470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
(202) 630-0332
Counsel for Defendant Candace Claiborne
